UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU, California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>DAVID HUME, et al.,<br><br>　　　　　　Defendants. | 1:14-cv-1917---GSA<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT PRISON TRUST ACCOUNT STATEMENT TO COMPLETE HIS APPLICATION TO PROCEED IN FORMA PAUPERIS, PURSUANT TO 28 U.S.C. § 1915(a)** |

On December 3, 2014, Defendant David Hume ("Defendant") filed a notice of removal to remove this action from Fresno County Superior Court to this Court. Doc. 1. On that same date, Defendant filed an application to proceed in forma pauperis ("IFP") in lieu of paying the filing fee to commence a removal action in this Court. Doc. 3; *see also* 28 U.S.C. § 1914(a). Defendant is proceeding pro se and is a prisoner incarcerated at the Federal Correctional Institution, Lompoc.

A civil action may proceed despite a failure to prepay the entire filing fee only if the party initiating the action is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See*

*Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  A prisoner who is granted leave to proceed IFP nevertheless remains obligated to pay the entire fee in installments, regardless of whether his action is ultimately dismissed.  *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).  Under 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act ("PLRA"), a prisoner seeking leave to proceed IFP must also submit a "certified copy of the trust fund account statement (or institutional equivalent) for ... the six-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(2); *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005).

Here, Defendant's application to proceed IFP is incomplete.  Defendant failed to have an authorized officer at Federal Correctional Institution, Lompoc complete the "Certificate of Authorized Officer" on Page 3 of his "Request to Proceed Without Prepayment of Filing Fees with Declaration in Support."  Doc. 2 at 3.  Defendant also failed to submit a certified copy of his prison trust account statement as required by 28 U.S.C. § 1915(a)(2).  Accordingly, no later than January 19, 2015, Defendant shall submit the requisite trust account documentation showing deposits and balances relating to his trust account for the six-month period preceding the filing of his notice of removal.  Defendant is advised that failure to comply with the Court's order will result in the dismissal of his removal action and remand of the matter to the Fresno County Superior Court.

IT IS SO ORDERED.

Dated:   **December 18, 2014**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE