UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU, California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID HUME, et al.,<br><br>                    Defendants. | 1:14-cv-1917---GSA<br><br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FCC, LOMPOC**<br><br>**(Doc. 3)** |

Defendant David Hume ("Defendant"), proceeding pro se, seeks to remove this action from Fresno County Superior Court to this Court. (Doc. 1). Defendant is a prisoner incarcerated at the Federal Correctional Center, Lompoc, and has requested leave to proceed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 3). He has made the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis is granted. Defendant remains obligated to pay the statutory filing fee of $350.00 applicable to this action. 28 U.S.C. § 1915(b)(1). He is required to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his prison trust account. The Federal Correctional Center, Lompoc, is required to send to the Clerk of the Court, monthly payments from

1

Defendant's trust account when the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendant's application to proceed in forma pauperis is GRANTED.

**2. The Warden of FCC, Lompoc or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Defendant's in forma pauperis application on the **Warden of FCC, Lompoc, via the Court's electronic case filing system (CM/ECF).**

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **January 16, 2015**            /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE